ARCHER et al. v. IMPERIAL MACH. CO.

(Circuit Court of Appeals, Second Circuit. August 5, 1913.)

No. 251.

On motion for reargument. Denied.

See 207 Fed. 81.

Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. One of the judges who concurred in majority opinion resigned before motion was made for reargument. The remaining judges being divided in opinion, as they were on original argument, motion for reargument is denied.